**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Yanilda Annette Toro
Yanisa Diamond Quinones (minor at time) (3b)
2023 MAR 21 A 11

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Section 8 Housing
Authority of
Elizabeth, New Jersey.

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Yanilda Annette Toro
             Street Address    148 Ripey Place 1st floor
             County, City    Union, Elizabeth
             State & Zip Code    New Jersey 07206
             Telephone Number    (908) 220-9707

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Section Housing Authority_

Street Address _688 Maple Avenue_

County, City _Union 'Elizabeth_

State & Zip Code _New Jersey_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Why was I evicted due to rent balance when payment plan could have been arranged or in full in few months to tax season._

-2-

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.   Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? 2007 my mom went to Section 8 and section 8 evicted me for

B.   What date and approximate time did the events giving rise to your claim(s) occur? about nearly $700.00 of rent delayed when they never asked or spoke about me to bring in

C.   Facts: money when I had unemployment of $900.00 and I had a baby, Uanisa Diamond Quinones. They, section8 has our names on the lease and they only requested for Raja L. Toro's income only. I was shocked and went through emotional distress on what to do because we couldn't move from the premises to another neighborhood in New Josey due to bedrooms and space. I went to social services and they wouldn't help me. DYFS got involved and took my child due to home safety of window, kitchen, and doors, and uncovered loud radictors.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The side effects for this section, housing Authority of Elizabeth complaint is a massive amount of emotional distress, homelessness, and alledged neglect, abuse, and harm to my daughter, Clarisa D. Quinones, by phone call to DYFS now called DCPP (Division child Permanent placement) for taking my daughter custody due to phonecalls and section 8 home improvement, but DCPP stated due to Anger, but and never had bruised my

## V.    Relief: daughter and DYFS did background check illegaly and found nothing and still took my child for safety of home.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like compensation of $ 911 zillion 911 zillion checks for home improvement, eviction not being head of household and custody of daughter.

$ 911 zillion x 2 911 zillion checks

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _3_ day of _March_ , 20_23_

Signature of Plaintiff _____

Mailing Address _148 Ripley A. 1st Floor_

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

2023 MAR 21 A 11: 37
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Signature of Plaintiff: _____